IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| VICTOR MUÑOZ SERRANO<br><br>Plaintiff<br><br>v.<br><br>3M Company et als,<br><br>Defendants | Civil Action No.: 24-cv-01255 (JAG)<br><br>COMPLAINT FOR DAMAGES |

MOTION FOR VOLUNTARY DISMISSAL

TO THE HONORABLE COURT:

Comes Now Plaintiff Victor Muñoz Serrano, through undersigning counsel and respectfully alleges and pleas as follows:

1. By inadvertence and mistake the undersigning counsel filed the instant action before the District Court of Puerto Rico.

2. Plaintiff through our law firm in the US had in fact already filed his complaint before the MDL No.2873 Master Docket No. 2:18-mn-2873-RMG, Judge Richard Gergel (Case Number 2:24-av-55555-CIV)

3. Therefore, plaintiff requests the voluntary dismissal of the instant action.

4. Plaintiff also requests that the filing fees be reimbursed.

Wherefore, plaintiff respectfully requests that the court allows the voluntary dismissal of this action and orders the reimbursement of the filing fees.

**WEISBROD MATTEIS & COPLEY PLLC**

<u>/s/ Juan Saavedra-Castro</u>
Juan Saavedra-Castro
USDC 204712
E-mail: jsaavedra@wmclaw.com

/s/Wilma E. Reverón Collazo
USDC 204802
E-mail: wreveron@wmclaw.com

290 Ave. Jesús T. Pinero, Suite 1201
San Juan, Puerto Rico 00918
Telephone: (787) 474-0244